# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00180-GCM

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| JOE'S OLD FASHIONED BAR-B-QUE, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER COMES** before this Court on Plaintiff's Motion to Stay. (Doc. No. 6).

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

**SO ORDERED**.

Signed: December 28, 2018

Graham C. Mullen
United States District Judge