# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:18-CV-00180-KDB-DSC

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>and<br><br>**SHANA KNOX,**<br><br>Intervenor,<br><br>v.<br><br>**JOE'S OLD FASHIONED BAR-B-QUE, INC. D/B/A LANCASTER'S BBQ & WINGS,**<br><br>Defendant. | **ORDER** |

Pursuant to the parties' joint stipulation filed on October 2, 2020, (Doc. No. 93), the Court enters the following Order.

Defendant **SHALL** keep records in compliance with 42 U.S.C. § 2000e-8(c) and 29 C.F.R. § 1602.14. For a period of three years from the entry of this Order, Defendant **SHALL** report compliance to the Commission semi-annually by sending an electronic mail to EEOC-CTDO-decree-monitoring@eeoc.gov affirming that during the previous twelve month period it kept all required records.

**SO ORDERED.**

Signed: October 8, 2020

Kenneth D. Bell
United States District Judge