IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>And<br><br>SHANA KNOX,<br><br>    Intervenor,<br><br>v.<br><br>JOE'S OLD FASHIONED BAR-B-QUE, INC. D/B/A LANCASTER'S BBQ & WINGS,<br><br>    Defendant. | CIVIL ACTION NO. 5:18-cv-00180-KDB-DSC<br><br>**VERDICT FORM** |

## **RACIALLY HOSTILE WORK ENVIRONMENT**

1. Has it been shown by a preponderance of the evidence that Shana Knox was subjected to a racially hostile work environment under Title VII and/or Section 1981?

    YES_____    NO __✓__    8 - 0

## **CONSTRUCTIVE DISCHARGE**

2. Has it been shown by a preponderance of the evidence that Shana Knox was constructively discharged under Title VII and/or Section 1981?

    YES_____    NO __✓__    8 - 0

## **BATTERY**

3. Did Chris Bishop commit a battery upon Knox?

    YES_____    NO __✓__    8 - 0

1

## INFLICTION OF EMOTIONAL DISTRESS

4. Did Knox suffer emotional distress as a proximate result of the intentional or reckless conduct of Chris Bishop?

   YES ✓    NO ~~☒~~    8-0

## NEGLIGENT HIRING, SUPERVISION, AND RETENTION

If you answered "YES" to any of Questions 3 or 4 above, please answer Question 5. If you answered "NO" to Questions 3 and 4, then you must answer "NO" to Question 5.

5. Was the Plaintiff injured by the negligence of the Defendant in hiring, supervising, and/or retaining Chris Bishop as an employee?

   YES ____    NO ✓    8-0

## COMPENSATORY DAMAGES

6. Has it been shown by a preponderance of the evidence that Ms. Knox should be awarded compensatory damages for emotional pain, suffering, inconvenience, loss of enjoyment of life, humiliation, loss of self-esteem, and/or loss of civil rights that she suffered as a consequence of the wrongful conduct you have found?

   YES ✓    NO ____    8-0

**If your answer is "Yes," to Question 6**, state the amount of compensatory damages that Ms. Knox should be awarded:

$ 6400.00

_____    10/08/2020
Foreperson                 Date

2