# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Equal Employment Opportunity Commission, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00180-KDB-DSC |
| | ) | |
| Shana Knox | ) | |
| Intervenor Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Joe's Old Fashioned Bar-B-Que, Inc., | ) | |
| Defendant, | ) | |

DECISION BY JURY. This action having come before the Court by jury trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the jury verdict entered on October 8, 2020 Order.

October 8, 2020

Frank G. Johns, Clerk
United States District Court